IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSE TYSON, JR.,** | 08-CV-173-ST |
| Plaintiff, | ORDER |
| v. | |
| **OREGON DEPARTMENT OF CORRECTIONS, C.O. VETTER, SGT. PETERSON, MAX WILLIAMS, and DETECTIVE CASSEBARTH,** | |
| Defendants. | |

**JESSE TYSON, JR.**
6398492
Snake River Correction Facility
777 Stanton Blvd
Ontario, OR 97914

        Plaintiff, *Pro Se*

1 - ORDER

**JOHN R. KROGER**
Attorney General
**KRISTIN A. WINGES-YANEZ**
**JACQUELINE SADKER KAMINS**
Assistant Attorneys General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301-4096

    Attorneys for Defendants


**BROWN, Judge.**

  Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#83) on March 1, 2011, in which she recommends this Court grant Defendants' Motion (#66) for Summary Judgment and enter a judgment in favor of Defendants.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.


**CONCLUSION**

  The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2 - ORDER

Recommendation (#83).  Accordingly, the Court **GRANTS** Defendants' Motion (#66) for Summary Judgment and **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 23rd day of March, 2011.

                       /s/ Anna J. Brown

                       ANNA J. BROWN
                       United States District Judge