IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSE TYSON, JR.,** | 08-CV-173-ST |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **OREGON DEPARTMENT OF CORRECTIONS, C.O. VETTER, SGT. PETERSON, MAX WILLIAMS, and DETECTIVE CASSEBARTH,** | |
| Defendants. | |

    Based on the Court's Opinion and Order (#85) issued March 23, 2011, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 23rd day of March, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT